HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JEREMY ALAN PUTMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-mj-236 AC |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE PRELIMINARY HEARING** |
| JEREMY ALAN PUTMAN, | ) | Date:  September 25, 2013 |
| Defendant. | ) | Time:  2:00 p.m. |
| _____ | ) | Judge: Hon. Carolyn K. Delaney |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for August 21, 2013, at 2:00 p.m., before the Honorable Dale A. Drozd, to September 25, 2013, at 2:00 p.m., before the Honorable Carolyn K. Delaney.

Counsel for Mr. Putman anticipates that the government will soon produce discovery in this matter. Counsel for Mr. Putman requires further time to review that discovery with him, and to conduct further investigation. Counsel also requires the time to continue to discuss a potential pre-indictment resolution of this case with Mr. Putman.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to September 25, 2013. The parties stipulate that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman

Stipulation And Proposed Order          1                              13-mj-236 AC

in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 12, 2013                     HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Matt M. Scoble
                                           _____
                                           MATTHEW M. SCOBLE
                                           Assistant Federal Defender

Dated: August 12, 2013                     BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Matt M. Scoble for Matt Morris
                                           _____
                                           MATT MORRIS
                                           Assistant U.S. Attorney

# O R D E R

Finding good cause, the Court orders the preliminary hearing continued to September 25, 2013, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman in a speedy trial.

IT IS SO ORDERED.

DATED: August 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
putman0236.stipord.cont.PE.wpd

Stipulation And Proposed Order                    2                                    13-mj-236 AC