HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
JEREMY ALAN PUTNAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:13-mj-0236-AC |
|---|---|
| Plaintiff, | ) |
| vs. | ) Date: November 20, 2013 |
|  | ) Time: 2:00 pm |
| JEREMY ALAN PUTMAN, | ) |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for October 23, 2013, at 2:00 p.m. to November 20, 2013, at 2:00 p.m., before the duty magistrate judge.

Counsel requires the time to discuss a potential pre-indictment resolution of this case with Mr. Putman.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to November 20, 2013.  The parties stipulate that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

/ / /

Dated:  October 22, 2013

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ MATTHEW M. SCOBLE*
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for Defendant
        JEREMY ALAN PUTMAN

Dated: October 22, 2013        BENJAMIN B. WAGNER
        United States Attorney

        */s/ Matt M. Scoble for Matt Morris*
        MATT MORRIS
        Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to November 20, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman,  and time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman in a speedy trial.

IT IS SO ORDERED.

Dated:  October 22, 2013

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Putnam0236.stipord.cont.PE.docx