HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
JEREMY ALAN PUTNAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JEREMY ALAN PUTNAM,<br><br>          Defendant. | ) Case No. 2:13-mj-0236-AC<br>)<br>)<br>)<br>) Date: December 18, 2013<br>) Time: 2:00 pm<br>)<br>)<br>)<br>)<br>) |

      The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for November 20, 2013, at 2:00 p.m. to December 18, 2013, at 2:00 p.m., before the duty magistrate judge.

      Counsel requires the time to discuss a potential pre-indictment resolution of this case with Mr. Putnam.

      The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to December 18, 2013. The parties stipulate that the ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

/ / /

Dated: November 19, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW M. SCOBLE*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JEREMY ALAN PUTNAM

Dated: November 19, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matt M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to December 18, 2013, at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy trial.

IT IS SO ORDERED.

Dated: November 19, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE