1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    Matthew_scoble@fd.org
5
    Attorney for Defendant
6   JEREMY ALAN PUTNAM

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  2:13-mj-0236-AC
                                       )
            Plaintiff,                 )
12                                     )
        vs.                            )  Date: April 4, 2014
13                                     )  Time: 2:00 p.m.
    JEREMY ALAN PUTNAM,                )
14                                     )
            Defendant.                 )
15                                     )
                                       )
16  _____   )

17          The parties hereby stipulate and request that the Court continue the preliminary hearing

18  scheduled for February 28, 2014, at 2:00 p.m. to April 4, 2014, at 2:00 p.m., before the duty

19  magistrate judge.

20          The government is seeking to have Mr. Putnam undergo psychological evaluation;

21  therefore, counsel requires the time to discuss a potential pre-indictment resolution of this case

22  with Mr. Putnam.

23          The parties agree that the above reasons constitute good cause to extend the time for

24  preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within

25  which the government must file an indictment to April 4, 2014.  The parties stipulate that the

26  ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best

27  interest of the public and Mr. Putnam in a speedy trial, and that this is an appropriate exclusion

28  of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

    Stipulation to Continue Preliminary Hearing                    *U.S. v Putnam, 2:13-mj-236-AC*

1

Dated:  February 24, 2014

2
Respectfully submitted,

3
HEATHER E. WILLIAMS
Federal Defender

4

5
*/s/ Matthew M. Scoble*

6
MATTHEW M. SCOBLE
Assistant Federal Defender

7
Attorney for Defendant
JEREMY ALAN PUTNAM

8

9

Dated: February 24, 2014

10
BENJAMIN B. WAGNER
United States Attorney

11
*/s/ Matt M. Scoble for Matt Morris*

12
MATT MORRIS
Assistant U.S. Attorney

13
**O R D E R**

14

15
    Finding good cause, the Court orders the preliminary hearing continued to April 4, 2014,

16
at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the

17
reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putnam's

18
request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy

19
trial.

20
IT IS SO ORDERED.

21
Dated: February 25, 2014

22
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Stipulation to Continue Preliminary Hearing                                  *U.S. v Putnam, 2:13-mj-236-AC*