1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   JEREMY ALAN PUTNAM
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          ) Case No.  2:13-mj-0236-AC
                                      )
11            Plaintiff,              )
                                      )
12      vs.                           ) Date: May 2, 2014
                                      ) Time: 2:00 p.m.
13 JEREMY ALAN PUTNAM,                )
                                      )
14            Defendant.              )
                                      )
15 _____     )

16      The parties hereby stipulate and request that the Court continue the preliminary hearing

17 scheduled for April 4, 2014, at 2:00 p.m. to May 2, 2014, at 2:00 p.m., before the duty magistrate

18 judge.

19      The government is seeking to have Mr. Putnam undergo psychological evaluation;

20 therefore, counsel requires the time to discuss a potential pre-indictment resolution of this case

21 with Mr. Putnam.

22      The parties agree that the above reasons constitute good cause to extend the time for

23 preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within

24 which the government must file an indictment to May 2, 2014.  The parties stipulate that the ends

25 of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest

26 of the public and Mr. Putnam in a speedy trial, and that this is an appropriate exclusion of time

27 for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

28

   Stipulation to Continue Preliminary Hearing                    *U.S. v Putnam, 2:13-mj-236-AC*

1

Dated:  April 3, 2014

2

Respectfully submitted,

3

HEATHER E. WILLIAMS
Federal Defender

4

5

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE

6

Assistant Federal Defender
Attorney for Defendant

7

JEREMY ALAN PUTNAM

8

9

Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

10

11

*/s/ Matthew M. Scoble for Matt Morris*
MATT MORRIS

12

Assistant U.S. Attorney

13

**O R D E R**

14

15

        Finding good cause, the Court orders the preliminary hearing continued to May 2, 2014,

16

at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the

17

reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putnam's

18

request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy

19

trial.

20

IT IS SO ORDERED.

21

Dated: April 4, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Stipulation to Continue Preliminary Hearing

*U.S. v Putnam, 2:13-mj-236-AC*