HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEREMY ALAN PUTNAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:13-mj-0236-AC |
|---|---|
| Plaintiff, | ) |
| vs. | ) Date: May 30, 2014 |
|  | ) Time: 2:00 p.m. |
| JEREMY ALAN PUTNAM, | ) |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for May 23, 2014, at 2:00 p.m. to May 30, 2014, at 2:00 p.m., before the duty magistrate judge.

Counsel requires the time to discuss a potential pre-indictment resolution of this case with Mr. Putman.

The parties agree that the above reason constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to May 30, 2014.  The parties stipulate that the ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

/ / /

Dated:  May 21, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JEREMY ALAN PUTNAM

Dated: May 21, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to May 30, 2014, at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy trial.

IT IS SO ORDERED.

Dated:  May 21, 2014

Dad1.crim
Putnam0236.stipo.cont.PE.docx

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE